**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

CENTER FOR BIOLOGICAL
DIVERSITY,
      Plaintiff,

Case Number 3:13-cv-00095-SLG

v.

UNITED STATES ARMY CORPS
OF ENGINEERS ET AL.,

      Defendant.      **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is DISMISSED with prejudice.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: May 30, 2014

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

    Marvel Hansbraugh
    Marvel Hansbraugh,
    Clerk of Court

[Center v US Army et al.wpd]{JMT2.WPT*Rev.3/03}